# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143106-7

MEEMIC INSURANCE COMPANY, as
Subrogee of Bradley Brew and Kimberly Brew,
　　　　　Plaintiff-Appellant,

v

DTE ENERGY COMPANY and MICHIGAN
CONSOLIDATED GAS COMPANY,
　　　　　Defendants-Appellees.

SC: 143106-7
COA: 295232; 296102
Mecosta CC: 08-018570-CZ

_____/

　　　　On order of the Court, the application for leave to appeal the April 7, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011　　　　　　　　　　　　　　　　　　　　　

Clerk

d0919